UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| THE LEAK DOCTOR, INC.<br><br>    Plaintiff,<br><br>v.<br><br>POOL LEAK DOCTOR, LLC<br><br>    Defendant. | Civil Action No.: 3:12-CV-1116-J-12JBT |

**STIPULATED DISMISSAL WITH PREJUDICE
PURSUANT TO FINAL SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant identified above that:

1. Plaintiff and Defendant have entered into a settlement agreement ("Settlement Agreement") resolving all claims, counterclaims and defenses in the above-captioned action.

2. The Settlement Agreement includes mutual releases.

3. All claims, counterclaims and defenses in the above-captioned action shall be dismissed with prejudice.

4. Each party shall pay its own attorney's fees and costs.

| | |
|---|---|
| Counsel for Defendant,<br>Pool Leak Doctor, LLC | Counsel for Plaintiff,<br>Leak Doctor, Inc. |
| s/Mark J. Young/<br>Mark J. Young | s/Terry M. Sanks/<br>Terry M. Sanks |

## **CERTIFICATE OF SERVICE**

I certify that this day, I electronically filed the foregoing with the clerk's office CM/ECF system, which will send email notification to the following counsel of record.  I further certify that this day, a copy of the foregoing has been mailed, via first class mail, postage prepaid, in an envelope addressed to the following counsel of record.

>Terry M. Sanks
>Beusse Wolter SanksMora & Maire, P.A.
>390 North Orange Avenue
>Suite 2500
>Orlando, Florida 32801

Respectfully submitted, January 10, 2013.

>s/Mark J. Young
>Mark J. Young
>Fla. Bar. 78158
>
>Mark Young, P.A.
>12086 Fort Caroline Road, Unit 202
>Jacksonville, FL  32225
>Telephone: (904) 996-8099
>Facsimile: (904) 980-9234
>Email: myoung@myoungpa.com
>Attorney for Defendant